

# NUMBERS 13-22-00477-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ROY GUZMAN JR.,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

On appeal from the 38th District Court
of Medina County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

This appeal is before the Court on appellant's motion to supplement the reporter's record and to extend time to file appellant's brief. Texas Rule of Appellate Procedure 34.6(d),(e)(3) provides that if anything relevant is omitted, the reporter's record may be supplemented and that any dispute regarding inaccuracies may be submitted to the trial

court.

Therefore, this appeal is abated and the cause remanded to the trial court. Upon remand, the judge of the trial court shall determine and issue findings and conclusions of (1) whether anything was omitted from the reporter's record. *See* 34.6(e). Furthermore, the trial court shall determine what steps are necessary to ensure the prompt preparation of a complete reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

Therefore, appellant's motion to supplement the reporter's record is carried with the case, and the trial court shall prepare and file its findings and orders and cause them, along with any omitted items, to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order. Furthermore, the motion to extend time to file appellant's brief is granted and appellant's brief is ordered due on or before forty-five days after the trial court findings are submitted to this court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of December, 2022.

2